The Honorable Mary Alice Theiler

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH NAPLIN-RIDLEY,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC AND SUTTELL AND HAMMER, P.S.,<br><br>Defendants. | Case No. 2:20-cv-656-MAT<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES** |

Notice is hereby given that all claims against all parties in this action have been resolved.  Any trials or other hearings in this matter may be stricken from the court calendar.  This notice is being filed with the consent of all parties.  The parties request 45 days to prepare final documents, including to file a Stipulated Motion for Dismissal with Prejudice and without Costs.

Dated: August 20, 2020

HOLLAND & KNIGHT LLP

By:  *s/ David J. Elkanich*
David J. Elkanich, WSBA No. 35956
E-mail:  david.elkanich@hklaw.com

*Of Attorneys for Defendant Midland Funding, LLC*

NOTICE OF SETTLEMENT
CASE NO. 2:20-CV-656-MAT - PAGE 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300