The Honorable Mary Alice Theiler

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH NAPLIN-RIDLEY, | Case No. 2:20-cv-656-MAT |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL** |
| v. | |
| MIDLAND FUNDING, LLC AND SUTTELL AND HAMMER, P.S., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), and based upon the stipulation of the parties, by and through their respective attorneys of record herein, and it appearing to the Court that the above-entitled action has been fully compromised and settled;

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that this action, including all claims, counterclaims and cross-claims asserted therein, is dismissed with prejudice and without award of costs or attorney fees to any party.

///

///

///

///

STIPULATED JUDGMENT OF DISMISSAL
CASE NO. 2:20-CV-656-MAT - PAGE 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

1  IT IS SO STIPULATED:

2  TRIGSTED LAW GROUP, P.C.

3  By: *s/ Joshua Trigsted*
    Joshua Trigsted, WSBA No. 42917
4      5200 SW Meadows Rd., Suite 150
    Lake Oswego, OR 97035
5      Tel: 888.247.4126 x 1
    E-mail: josh@tlgconsumerlaw.com
6  *Attorneys for Plaintiff Sara Naplin-Ridley*

7  DAVIS WRIGHT TREMAINE, LLP

8  By: *s/ Brad Fisher*
    Brad Fisher, WSBA No. 19895
9      920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
10     E-mail: bradfisher@dwt.com
    Tel: 206.622.3150
11 *Attorneys for Defendant Suttell and Hammer, P.S.*

12 HOLLAND & KNIGHT LLP

13 By: *s/ David J. Elkanich*
    David J. Elkanich, WSBA No. 35956
14     601 SW Second Avenue, Suite 1800
    Portland, OR 97204
15     Tel: 503.517.2928
    E-mail: david.elkanich@hklaw.com
16 *Attorneys for Defendant Midland Funding, LLC*

17

18 PRESENTED BY:

19 HOLLAND & KNIGHT LLP

20 By: *s/ David J. Elkanich*
    David J. Elkanich, WSBA No. 35956
21     E-mail: david.elkanich@hklaw.com
22 *Attorneys for Defendant Midland Funding, LLC*

23

24

25

26

STIPULATED JUDGMENT OF DISMISSAL
CASE NO. 2:20-CV-656-MAT - PAGE 2

HOLLAND & KNIGHT LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing STIPULATED JUDGMENT OF DISMISSAL to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: September 11, 2020.

*s/ David J. Elkanich*
David J. Elkanich

CERTIFICATE OF SERVICE – PAGE 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

#78307509_v1